# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

GOODWILL PARTNERSHIP D/B/A
HOME2 SUITES,

    Plaintiff,

v.                                                                                                  Case No. 2:22-cv-2670-MSN-cgc

MIDDLESEX INSURANCE COMPANY,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Defendant's Notice of Removal (ECF No. 1), filed September 20, 2022,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal (ECF No. 23), filed February 27, 2025, this matter is hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

February 27, 2025
Date